UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 07-20923-CR-GOLD

          Plaintiff,

VS.

DARRELL KNIGHT, JR.,

          Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTIONS

      This matter is before this Court *sua sponte*. A review of the docket sheet in this cause reveals that the Defendant's motion to suppress statements [DE 61] and memorandum in support thereof [DE 62] and motion to suppress pretrial identification and in-court identification [DE 63] and memorandum in support thereof [DE 64] were referred to Magistrate Judge Ted E. Bandstra.

      On April 15, 2008, Magistrate Judge Bandstra issued a Report and Recommendation in which he recommends that the defendant's motion to suppress [DE 61] be denied as moot and that the motion to suppress pretrial identification [DE 63] be denied. The parties were permitted to serve and file written objections within ten days of receipt.

      Further review of the docket sheet reveals that no objections to the Report and Recommendation have been filed. Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that Magistrate Judge Bandstra's Report and Recommendation [DE 81] is hereby adopted and affirmed. It is further

      **ORDERED AND ADJUDGED** that the defendant's motions to suppress statements [DE 61] is hereby **denied as moot** and motion to suppress pretrial identification [DE 63] is hereby **denied**.

DARRELL KNIGHT, JR., CASE NO: 07-20923-CR-GOLD

**DONE AND ORDERED** at Miami, Florida, this    27th    day of October, 2008.

*(signature)*

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:     AUSA Russell Koonin

       Khurrum B. Wahid, Esquire

       Darrell Knight, Jr.
       USM No. 79847-004
       FDC Miami
       P O Box 019120
       Miami Florida 33101